CLOSED,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22–cv–03110–HG

Chung v. Illuminate Education, Inc.                     Date Filed: 05/26/2022
Assigned to: Judge Hector Gonzalez                      Date Terminated: 08/19/2022
Cause: 28:1332 Diversity–Fraud                          Jury Demand: Plaintiff
                                                        Nature of Suit: 370 Fraud or Truth–In–Lending
                                                        Jurisdiction: Diversity

**Plaintiff**

**Sarah Chung**                    represented by    **James Chung**
*individually and on behalf of all others*           Law Office of James Chung
*similarly situated*                                 43–22 216th Street
                                                     Bayside, NY 11361
                                                     718–461–8808
                                                     Email: jchung_77@msn.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Theodore Hillebrand**
                                                     65–24 78th St
                                                     Middle Village, NY 11379
                                                     929–246–0747
                                                     Email: thillebrand@spencersheehan.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Spencer I. Sheehan**
                                                     Sheehan & Associates, P.C.
                                                     60 Cuttermill Road Ste 412
                                                     11021
                                                     Great Neck, NY 11021
                                                     516–268–7080
                                                     Fax: 516–234–7800
                                                     Email: spencer@spencersheehan.com
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Illuminate Education, Inc.**             represented by    **Alexia Renee Brancato**
                                                            Kirkland & Ellis LLP
                                                            601 Lexington Avenue
                                                            New York, NY 10022
                                                            212–909–3344
                                                            Email: alexia.brancato@kirkland.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Devin Anderson**
                                                            Kirkland & Ellis LLP
                                                            1301 Pennsylvania Avenue, N.W.

Washington, DC 20004
202–389–5198
Email: devin.anderson@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Long**
Kirkland & Ellis LLP
1301 Pennsylvania Ave, NW
Washington DC, DC 20004
202–389–3065
Email: emily.long@kirkland.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2022 | Ï 1 | COMPLAINT against Illuminate Education, Inc. filing fee $ 402, receipt number ANYEDC–15601506 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Sarah Chung. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Sheehan, Spencer) (Entered: 05/26/2022) |
| 05/26/2022 | Ï | Case Assigned to Judge Hector Gonzalez. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 05/26/2022) |
| 05/26/2022 | Ï 2 | Summons Issued as to Illuminate Education, Inc.. (Bowens, Priscilla) (Entered: 05/26/2022) |
| 05/26/2022 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 05/26/2022) |
| 05/26/2022 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 05/26/2022) |
| 05/27/2022 | Ï 5 | SCHEDULING ORDER: Counsel for all parties are directed to appear before Judge Gonzalez for an initial status conference in accordance with Fed. R. Civ. P. 16 on JULY 11, 2022 at 12:00PM in a courtroom to be determined. The parties are directed to comply with the attached mandatory requirements, including filing on the docket a joint letter describing the case and a completed civil case management plan prior to the conference. Requests for adjournment of the initial status conference will be considered only if made in writing and otherwise in accordance with Section I.D of Judge Gonzalez's Individual Practices.Ordered by Judge Hector Gonzalez on 5/27/2022. (Nkodo, Julie–Irene) (Entered: 05/27/2022) |
| 07/01/2022 | Ï 6 | WAIVER OF SERVICE Returned Executed by Sarah Chung. Illuminate Education, Inc. waiver sent on 6/2/2022, answer due 8/1/2022. (Sheehan, Spencer) (Entered: 07/01/2022) |
| 07/06/2022 | Ï 7 | NOTICE of Appearance by Alexia Renee Brancato on behalf of Illuminate Education, Inc. (aty to be noticed) (Brancato, Alexia) (Entered: 07/06/2022) |
| 07/06/2022 | Ï | |

| | | |
|---|---|---|
| | | ORDER. Per the Court's Scheduling Order, ECF No. 5 , the parties were directed to file a joint case management plan five business days before the initial conference. To date, the parties have failed to do so. The parties are directed to file the case management plan by July 7, 2022. Ordered by Judge Hector Gonzalez on 7/6/2022. (Nkodo, Julie–Irene) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ 8 | NOTICE of Appearance by James Chung on behalf of Sarah Chung (aty to be noticed) (Chung, James) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ 9 | MOTION to Appear Pro Hac Vice *for Devin. S. Anderson* Filing fee $ 150, receipt number ANYEDC–15719094. by Illuminate Education, Inc.. (Attachments: # 1 Declaration in Support, # 2 Certificates of Good Standing, # 3 Proposed Order) (Anderson, Devin) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ 10 | MOTION to Appear Pro Hac Vice *for Emily M. Long* Filing fee $ 150, receipt number ANYEDC–15719201. by Illuminate Education, Inc.. (Attachments: # 1 Declaration in Support, # 2 Certificates of Good Standing, # 3 Proposed Order) (Long, Emily) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ 11 | Letter MOTION to Adjourn Conference */ Letter–Motion Requesting Adjournment of Initial Status Conference and Accompanying Submissions* by Illuminate Education, Inc.. (Brancato, Alexia) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ 12 | Corporate Disclosure Statement by Illuminate Education, Inc. identifying Corporate Parent Illuminate Education Holdings, LLC for Illuminate Education, Inc.. (Brancato, Alexia) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ | ORDER granting 11 Motion to Adjourn Conference. The initial status conference is adjourned to September 19, 2022 at 12:30 PM in a courtroom to be determined. Ordered by Judge Hector Gonzalez on 7/6/2022. (Nkodo, Julie–Irene) (Entered: 07/06/2022) |
| 07/06/2022 | ⌐ | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Judge Hector Gonzalez on 7/6/2022. (Nkodo, Julie–Irene) (Entered: 07/06/2022) |
| 07/07/2022 | ⌐ | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Judge Hector Gonzalez on 7/7/2022. (Nkodo, Julie–Irene) (Entered: 07/07/2022) |
| 07/07/2022 | ⌐ 13 | NOTICE of Appearance by Devin Anderson on behalf of Illuminate Education, Inc. (notification declined or already on case) (Anderson, Devin) (Entered: 07/07/2022) |
| 07/07/2022 | ⌐ 14 | NOTICE of Appearance by Emily Long on behalf of Illuminate Education, Inc. (notification declined or already on case) (Long, Emily) (Entered: 07/07/2022) |
| 08/01/2022 | ⌐ 15 | Letter MOTION for pre motion conference *re: Motion to Dismiss Complaint* by Illuminate Education, Inc.. (Anderson, Devin) (Entered: 08/01/2022) |
| 08/08/2022 | ⌐ 16 | NOTICE of Appearance by Theodore Hillebrand on behalf of Sarah Chung (aty to be noticed) (Hillebrand, Theodore) (Entered: 08/08/2022) |
| 08/08/2022 | ⌐ 17 | REPLY in Opposition re 15 Letter MOTION for pre motion conference *re: Motion to Dismiss Complaint* filed by Sarah Chung. (Hillebrand, Theodore) (Entered: 08/08/2022) |
| 08/08/2022 | ⌐ | |

| | | |
|---|---|---|
| | | SCHEDULING ORDER re <u>15</u> Motion for Pre–Motion Conference and <u>17</u> Reply in Opposition. The Court sets a briefing schedule on the motion to dismiss in lieu of a pre–motion conference: Defendant's motion is due September 6, 2022, Plaintiff's opposition is due October 4, 2022, and the reply, if any, is due October 14, 2022. The parties are directed to review Section IV.B of the Court's Individual Practices. Ordered by Judge Hector Gonzalez on 8/8/2022. (Nkodo, Julie–Irene) (Entered: 08/08/2022) |
| 08/09/2022 | Ï <u>18</u> | Letter MOTION for pre motion conference *re: Parties joint request to transfer action* by Illuminate Education, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2) (Anderson, Devin) (Entered: 08/09/2022) |
| 08/09/2022 | Ï | ORDER re <u>18</u> Letter MOTION for Pre–Motion conference *re: Parties joint request to transfer action*. The Court is in receipt of the parties' joint letter and adjourns the briefing schedule for the motion to dismiss, *see* Scheduling Order dated August 8, 2022, pending resolution of the request to transfer action. Ordered by Judge Hector Gonzalez on 8/9/2022. (Nkodo, Julie–Irene) (Entered: 08/09/2022) |