| Name and address: | |
|---|---|
| Justin B. Farar (SBN 211556)<br>KAPLAN FOX & KILSHEIMER LLP<br>12400 Wilshire Boulevard, Suite 460<br>Los Angeles, CA 90025<br>310-614-7260 / jfarar@kaplanfox.com | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sarah Chung,<br><br>  Plaintiff(s),<br><br>v.<br><br>Illuminate Education, Inc.<br><br>  Defendant(s), | CASE NUMBER<br><br>8:22-cv-01547-JWH-DFM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30* [1]/ *days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee**. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Sheehan, Spencer
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Sheehan & Associates, P.C.
_____
*Firm/Agency Name*

| 60 Cuttermill Rd, Ste 412 | (516) 268-7080 | (516) 234-7800 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Great Neck, NY 11021 | spencer@spencersheehan.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Sarah Chung | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |
|---|---|
|  | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

---

[1]/ The attached COGS is outside the 30 day rule; however, we are filing now given the Court's 5-day compliance order. We will file a corrected application as soon as a more recent version has been received from the state bar.

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated August 26, 2022

Spencer Sheehan
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Farar, Justin B.
*Designee's Name (Last Name, First Name & Middle Initial)*

Kaplan Fox & Kilsheimer LLP
*Firm/Agency Name*

12400 Wilshire Boulevard, Suite 460

*Street Address*

Los Angeles, CA 90025
*City, State, Zip Code*

310-614-7260
*Telephone Number*

310-614-7260
*Fax Number*

jfarar@kaplanfox.com
*Email Address*

211556
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 8/26/22

Justin B. Farar
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New York Bar 4942520 | 09-04-2011 | YES |
| 2nd Circuit Court | 11-17-2020 | YES |
| Southern District of NY | 10-04-2011 | YES |
| Eastern District of NY | 07-05-2012 | YES |
| Northern District of NY | 12-19-2014 | YES |
| Western District of NY | 08-21-2019 | YES |
| Northern District FL | 03-10-2015 | YES |
| Eastern District of WI | 06-11-2020 | YES |
| Western District of WI | 06-04-2020 | YES |
| Northern District of IL | 08-15-2019 | YES |
| Southern District of IL | 03-03-2021 | YES |
| Northern District of IN | 04-02-2021 | YES |
| Southern District of IN | 05-18-2021 | YES |
| Central District of IL | 04-28-2021 | YES |
| District of Colorado | 02-01-2021 | YES |
| District of Maryland | 07-12-2021 | YES |
| PA of Western District | 04-13-2021 | YES |
| Eastern District of MI | 07-26-2021 | YES |
| District of North Dakota | 07-26/2021 | YES |
| District of Nebraska | 07-21-2021 | YES |
| Western District of MI | 08-23-2021 | YES |
| Western District of OK | 08-02-2021 | YES |
| Eastern District of TX | 09-24-2021 | YES |



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Spencer Sheehan

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 14, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 10, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00070495