**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: 310-614-7260
Email: *jfarar@kaplanfox.com*

*Attorneys for Plaintiff*

[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH CHUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>Defendant. | Case No. 8:22-cv-1547-JWH-DFM<br><br>Class Action<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Plaintiff Sarah Chung hereby lodges the attached Corrected [Proposed] Order on Application of Non-Resident Attorney to Appear In a Specific Case *Pro Hac Vice* for James Chung.

DATED: August 30, 2022

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Justin B. Farar*
         Justin B. Farar

Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: 310-614-7260
Facsimile: 310-614-7260
Email: *jfarar@kaplanfox.com*

**LAW OFFICE OF JAMES CHUNG**
James Chung (*pro hac vice* pending)
43-22 216th Street
Bayside, NY 11361
Telephone: 718-461-8808
Facsimile: 718-461-8808
Email: *jchung_77@msn.com*

**SHEEHAN AND ASSOCIATES, P.C.**
Spencer Sheehan (*pro hac vice* pending)
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Telephone: 516-268-7080
Facsimile: 516-234-7800
Email: *spencer@spencersheehan.com*

*Attorneys for Plaintiff Sarah Chung*