Name and address:
Justin B. Farar (SBN 211556)
KAPLAN FOX & KILSHEIMER LLP
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA  90025
310-614-7260
jfarar@kaplanfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH CHUNG, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>v.<br><br>ILLUMINATE EDUCATION, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>8:22-cv-01547-JWH-DFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Chung, James
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Law Office of James Chung
43-22 216th Street
Bayside, NY  11361
*Firm/Agency Name & Address*

718-461-8808
*Telephone Number*

929-381-1019
*Fax Number*

jchung_77@msn.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Sarah Chung

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Farar, Justin B.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Kaplan Fox & Kilsheimer LLP
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA  90025
*Firm/Agency Name & Address*

211556
*Designee's Cal. Bar No.*

310-614-7260
*Telephone Number*

310-614-7260
*Fax Number*

jfarar@kaplanfox.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge