Name and address:
Justin B. Farar (SBN 211556)
KAPLAN FOX & KILSHEIMER LLP
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
310-614-7260
jfarar@kaplanfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH CHUNG, Individually, and On Behalf of All Others Similarly Situated, <br><br> Plaintiff(s) <br><br> v. <br><br> ILLUMINATE EDUCATION, INC., <br><br> Defendant(s). | CASE NUMBER <br><br> 8:22-cv-01547-JWH-DFM <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sheehan, Spencer  of  Sheehan & Associates, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*  60 Cuttermill Road, Suite 409
615-268-7080   516-234-7800   Great Neck, NY 11021
*Telephone Number*  *Fax Number*
spencer@spencersheehan.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Plaintiff Sarah Chung

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel
Farar, Justin B.   of  Kaplan Fox & Kilsheimer LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  12400 Wilshire Boulevard, Suite 460
211556   310-614-7260   310-614-7260  Los Angeles, CA 90025
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jfarar@kaplanfox.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  Page 1 of 1