1  **KAPLAN FOX & KILSHEIMER LLP**
   Justin B. Farar (SBN 211556)
2  12400 Wilshire Boulevard, Suite 460
   Telephone:  310-614-7260
3  Facsimile:   310-614-7260
   Email: *jfarar@kaplanfox.com*
4
5  *Attorney for Plaintiff Chung*

6  [*Additional Counsel Appear on Signature Page*]

7

8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | SARAH CHUNG, Individually, and on Behalf of All Others Similarly Situated, | Case No. 8:22-cv-01547-JWH-DFM |
12 | | Class Action |
   | Plaintiff, | |
13 | v. | **NOTICE OF ERRATA** |
14 | ILLUMINATE EDUCATION, INC., | |
15 | Defendant. | |

TO: THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Sarah Chung respectfully submits this errata to its Notice of Related Cases which was filed on September 1, 2022 at Docket No. 49, in order to correct an inadvertent clerical error. The exhibits were missing from the filing.

Plaintiff Sarah Chung has corrected the mistake and included the exhibits on the corrected filing, Docket No. 50. There are no other changes.

.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: September 1, 2022

By: /s/ *Justin B. Farar*
Justin B. Farar

Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA  90025
Telephone:  310-614-7260
Facsimile:  310-614-7260
Email:       jfarar@kaplanfox.com

**LAW OFFICE OF JAMES CHUNG**
James Chung
43-22 216th Street
Bayside, NY  11361
Telephone: 718-461-8808
Facsimile:  929-381-1019
Email:       jchung_77@msn.com

**SHEEHAN AND ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
60 Cuttermill Road, Suite 412
Great Neck, NY  11021
Telephone: 516-268-7080
Facsimile: 516-234-7800
Email:       spencer@spencersheehan.com

**SHEEHAN AND ASSOCIATES, P.C.**
Theodore Hillebrand
65-24 78th Street
Middle Village, NY  11379
Telephone: 929-246-0747
Email:       thillebrand@spencersheehan.com

*Attorneys for Plaintiff Sarah Chung*

**PROOF OF SERVICE**

On September 1, 2022, the above document entitled "*Notice of Errata,,*" was filed with CM/ECF and service was effected via email upon all parties registered in the action.

/s/ *Justin B. Farar*
Justin B. Farar