# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-01547-JVS-ADS                              Date June 20, 2025

Title: Sarah Chung v. Illuminate Education, Inc.

Present: The Honorable James V. Selna

|   Elsa Vargas   |   N/A   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not present                               Not present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 10/18/2022.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer     eva